UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR122-103 |
| | ) | |
| HORATIO TRIMANE BYNES | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Robert T. Homlar** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Robert T. Homlar be granted leave of absence for the following periods: March 27, 2023; April 3, 2023 through April 10, 2023; May 22, 2023 through May 25, 2023; May 29, 2023 through May 31, 2023; June 2, 2023 through June 14, 2023; June 30, 2023; July 17, 2023; July 20, 2023 through July 28, 2023; August 3, 3023; September 1, 2023 through September 4, 2023; September 27, 2023 through September 29, 2023; October 3, 2023 through October 6, 2023; October 13, 2023 through October 24, 2023; November 10, 2023; November 20, 2023 through November 24, 2023; December 19, 2023 through January 3, 2024; February 16, 2024 through February 19, 2024; March 1, 2024 through March 4, 2024; April 8, 2024 through April 15, 2024; May 22, 2024 through May 28, 2024; and September 25, 2024 through September 27, 2024.

**SO ORDERED**, this the 21ST day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA